PROB 12C                                                                                         Report Date: June 3, 2014
(7/93)

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mario Martinez Torres           Case Number: 0980 2:05CR02136-001

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: April 9, 2007

| | | |
|---|---|---|
| Original Offense: | Possession of Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 41 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Mary K. Dimke | Date Supervision Commenced: January 17, 2014 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: January 16, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1    **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. Torres failed to report to Merit Resource Services for random urinalysis testing on  May 7, 20, and 22, 2014.

2    **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. Torres tested positive for marijuana and amphetamines on May 9, 2014.

On May 9, 2014, Mr. Torres submitted to urinalysis testing, which returned positive for the presence of marijuana and amphetamine.  The test was confirmed positive by Alere Toxicology Services, Incorporated.

Prob12C
**Re: Torres, Mario Martinez**
**June 3, 2014**
**Page 2**

3      **Special Condition #16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

           **Supporting Evidence**: Mr. Torres failed to complete his drug and alcohol assessment as directed, as of May 30, 2014.

           On May 12, 2014, Mr. Torres went to Merit and initiated the drug and alcohol assessment process. He was instructed to return to Merit to complete the assessment on May 15, 2014. According to Merit staff, Mr. Torres called Merit on May 15, 2014, and reported he was working in Yakima, Washington, and would not be able to make his appointment. He was rescheduled to May 22, 2014. On May 22, 2014, Mr. Torres failed to attend his scheduled drug and alcohol assessment appointment and has not been seen since.

4      **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

           **Supporting Evidence**: Mr. Torres failed to report a change of address as of May 30, 2014.

           On May 26, 2014, this officer spoke with a family member who resides at the defendant's reported address, and reported Mr. Torres is no longer residing at this address. The family member reported the defendant has only stayed at this residence once in the past 2 weeks. The family member believes Mr. Torres may be somewhere in the State of Oregon. Attempts to reach Mr. Torres at his last reported telephone have been unsuccessful.

Prob12C
**Re: Torres, Mario Martinez**
**June 3, 2014**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 3, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Fred Van Sickle*

Signature of Judicial Officer

6/3/14

Date